IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DESTINY DAWN MCKINZIE,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF LINCOLN AND LANCASTER COUNTY, LINCOLN POLICE DEPARTMENT, JOHN BRANDL, individually and in his official capacity as OFC #957 Lincoln Police Department Officer; and CHAD HEIN, individually and in his official capacity as OFC #1550 Lincoln Police Department Officer;<br><br>　　　　　　Defendants. | 4:18CV3071<br><br>ORDER TO SHOW CAUSE |

　　This action was filed on May 22, 2018. ([Filing No. 1](#).) Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiff must serve its complaint on Defendant within ninety days of filing the lawsuit. To date, Plaintiff has not requested any summons for service on Defendants, nor have Defendants entered a voluntary appearance.

　　Accordingly,

　　**IT IS ORDERED** that by or before September 4, 2018, Plaintiff shall show cause why this action should not be dismissed for lack of prosecution. Failure to comply with this Order may result in the dismissal of this case without further notice.

　　Dated this 21st day of August, 2018.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　s/ Susan M. Bazis
　　　　　　　　　　　　　　　　United States Magistrate Judge