IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DESTINY DAWN MCKINZIE, | ) | |
| | ) | |
| Plaintiff, | ) | 4:18CV3071 |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF LINCOLN AND LANCASTER COUNTY, LINCOLN POLICE DEPARTMENT, JOHN BRANDL, individually and in his official capacity as OFC #957 Lincoln Police Department Officer, and CHAD HEIN, individually and in his official capacity as OFC #1550 Lincoln Police Department Officer, | ) | **MEMORANDUM AND ORDER** |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the Findings and Recommendation issued by Magistrate Judge Bazis (Filing No. 9), recommending that this action be dismissed for want of prosecution. No objections to the Findings and Recommendation have been filed as allowed by Fed. R. Civ. P. 72, 28 U.S.C. § 636, and NECivR 72.2. Accordingly, the Findings and Recommendation will be adopted and this action dismissed for want of prosecution.

IT IS ORDERED:

1. The Magistrate Judge's Findings and Recommendation (Filing No. 9) is adopted, and this action is dismissed without prejudice.

2. Judgment shall be entered by separate document.

DATED this 25th day of September, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge